JONATHAN C. McCAVERTY (State Bar No. 210922)
Principal Deputy County Counsel
jmccaverty@counsel.lacounty.gov
OFFICE OF COUNTY COUNSEL
General Litigation Division
500 West Temple Street, Suite 468
Los Angeles, California 90012
Tel.: (213) 974-1828 | Fax: (213) 626-7446

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and SHERIFF ALEX VILLANUEVA

LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
MIRA HASHMALL (State Bar No. 216842)
EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOHN JAMES ALTOBELLI, an individual and as successor in interest to ALYSSA ALTOBELLI and JOHN ALTOBELLI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, *et al.*,<br><br>Defendants. | **CASE NO. 2:21-cv-04663**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

     **PLEASE TAKE NOTICE** that, under 28 U.S.C. sections 1331, 1441 and 1446, Defendants County of Los Angeles (the "County"), Los Angeles County Fire Department ("LACFD"), Los Angeles County Sheriff's Department ("LASD"), and Sheriff Alex Villanueva ("Sheriff Villanueva") (collectively, "Defendants") hereby remove the case captioned as *Altobelli, et al. v. County of Los Angeles, et al.*, Case No. 21STCV17693 ("State Court Action"), from the Superior Court of the State of California for the County of Los Angeles to this Court.

     Removal is proper because, as set forth herein, the Court has subject matter jurisdiction over the claims at issue in the State Court Action and the procedural requirements for removal have been satisfied.

## I.    FACTUAL BACKGROUND

     On May 11, 2021, Plaintiffs John James Altobelli, an individual and as successor in interest to Alyssa Altobelli and John Altobelli; and Alexis Altobelli, an individual and as successor in interest to Alyssa Altobelli, John Altobelli, and Keri Altobelli (collectively, "Plaintiffs") commenced the State Court Action in the Superior Court of the State of California for the County of Los Angeles by the filing of a Summons and Complaint ("Complaint"). The Complaint, along with the Superior Court Summons, Civil Case Cover Sheet, and Case Assignment are attached hereto as **Exhibits A-D**. Defendants agreed to accept service of the Complaint on May 20, 2021. Plaintiffs served Defendants with the Summons and Complaint on May 20, 2021.

     The Complaint asserts two claims for violations of the Fourteenth Amendment (42 U.S.C. § 1983), along with related state law claims for negligence, invasion of privacy, and intentional infliction of emotional distress.

516076.1

2

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

## II. REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

This action is removable under 28 U.S.C. section 1441. This Court has original jurisdiction over this action under 28 U.S.C. section 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiffs purport to bring claims for violation of the Fourteenth Amendment of the United States Constitution under 42 U.S.C. section 1983.

This Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. section 1367, as those claims form part of the same case or controversy as Plaintiffs' federal claims.

## III. REMOVAL IS TO THE PROPER COURT

Plaintiffs brought the State Court Action in the Superior Court of the State of California for the County of Los Angeles, which is within this Court's judicial district and division. *See* 28 U.S.C. § 84(c). This Court is therefore the proper court for removal under 28 U.S.C. sections 1441(a) and 1446(a).

## IV. REMOVAL IS TIMELY

This Notice of Removal is timely because it is being filed within 30 days of receipt by Defendants, through service or otherwise, of a copy of the Complaint, which was the first pleading, notice, order, or other paper from which it could be ascertained that the case is removable. See 28 U.S.C. § 1446(b).

This Notice of Removal is being filed on June 7, 2021—prior to the expiration of the thirty-day period for removal prescribed by 28 U.S.C. § 1446(b)(1).

## V. DEFENDANTS SATISFIED ALL PROCEDURAL REQUIREMENTS

A copy of all documents in Defendants' possession pertaining to the State Court Action, including, in accordance with 28 U.S.C. section 1446(a), all process, pleadings, and/or orders served on Defendants in the State Court Action, are attached hereto as **Exhibits A-D**.

1  All Defendants consent to removal. The "DOE" defendants need not consent to or join in the notice of removal. *See Fristoe v. Reynolds Metals Co.*, 615 F.2d 1209, 1213 (9th Cir. 1980).

Defendants have not previously tried to remove this action.

## VI. RELATED CASES

There are three nearly identical cases already pending in federal court: *Bryant v. County of Los Angeles, et al.* (Central District of California Case No. 2:20-cv-09582), *Chester, et al. v. County of Los Angeles, et al.* (Central District of California Case No. 2:20-cv-10844) and *Mauser, et al. v. County of Los Angeles, et al.* (Central District of California Case No. 2:21-cv-00497). All three cases are assigned to the Honorable John F. Walter and Magistrate Judge Charles F. Eick. Defendants are filing Notices of Related Cases.

## VII. NOTICE TO ADVERSE PARTIES AND SUPERIOR COURT

Promptly after the filing of this Notice of Removal, Defendants will provide written notice of removal to all adverse parties, namely Plaintiffs and the Superior Court of the State of California for the County of Los Angeles, and will file a copy of this Notice with the clerk therein.

## VIII. CONCLUSION

Based on the foregoing, Defendants remove this action and respectfully request that further proceedings be conducted in this Court as required by law.

| | | |
|---|---|---|
| DATED: June 7, 2021 | | MILLER BARONDESS, LLP |

By:  /s/ Mira Hashmall
MIRA HASHMALL
Attorneys for Defendants
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE DEPARTMENT

DATED: June 7, 2021                                       OFFICE OF COUNTY COUNSEL

By:  /s/ Jonathan C. McCaverty
JONATHAN C. McCAVERTY
Attorneys for Defendants
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and ALEX VILLANUEVA

516076.1

5

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

**INDEX OF EXHIBITS**

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | Complaint | 7-26 |
| B. | Summons | 27-30 |
| C. | Civil Case Cover Sheet and Addendum and Statement of Location | 31-37 |
| D. | Case Assignment | 38-40 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400