1  JONATHAN C. McCAVERTY (State Bar No. 210922)
   Principal Deputy County Counsel
2  jmccaverty@counsel.lacounty.gov
   OFFICE OF COUNTY COUNSEL
3  General Litigation Division
   500 West Temple Street, Suite 468
4  Los Angeles, California 90012
   Telephone:   (213) 974-1828
5  Facsimile:   (213) 626-7446
6
7  Attorneys for Defendant
   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
8
   [Additional counsel listed on next page.]
9

10

11                **UNITED STATES DISTRICT COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

14  JOHN JAMES ALTOBELLI, et al.,          | **CASE NO. 2:21-cv-04663-JFW-E**

15              Plaintiffs,                 | **JOINT NOTICE OF SETTLEMENT**

16         v.                              | Assigned to Hon. John F. Walter and
                                           | Magistrate Judge Charles F. Eick
17  COUNTY OF LOS ANGELES, et al.,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1   [Additional counsel, continued from previous page:]

2   LOUIS R. MILLER (State Bar No. 54141)
3   smiller@millerbarondess.com
    MIRA HASHMALL (State Bar No. 216842)
4   mhashmall@millerbarondess.com
    JASON H. TOKORO (State Bar No. 252345)
5   jtokoro@millerbarondess.com
    CASEY B. SYPEK (State Bar No. 291214)
6   csypek@millerbarondess.com
7   EMILY A. RODRIGUEZ-SANCHIRICO (State Bar No. 311294)
    esanchirico@millerbarondess.com
8   MILLER BARONDESS, LLP
    1999 Avenue of the Stars, Suite 1000
9   Los Angeles, California 90067
    Telephone:   (310) 552-4400
10  Facsimile:   (310) 552-8400

11
    Attorneys for Defendants
12  COUNTY OF LOS ANGELES and LOS ANGELES COUNTY FIRE
    DEPARTMENT
13

14
    BRIAN J. PANISH (State Bar No. 116060)
15  panish@psblaw.com
    KEVIN R. BOYLE (State Bar No. 192718)
16  boyle@psblaw.com
    SPENCER R. LUCAS (State Bar No. 232498)
17  lucas@psblaw.com
18  MARGUERITE S. SANVICTORES (State Bar No. 299452)
    sanvictores@psblaw.com
19  PANISH SHEA & BOYLE LLP
    11111 Santa Monica Boulevard, Suite 700
20  Los Angeles, California 90025
    Telephone:   (310) 477-1700
21  Facsimile:   (310) 477-1699

22
    Attorneys for Plaintiffs
23  JOHN JAMES ALTOBELLI, an individual and as Successor in Interest to
24  ALYSSA ALTOBELLI and JOHN ALTOBELLI; and ALEXIS ALTOBELLI, an
    individual and as Successor in Interest to ALYSSA ALTOBELLI,
25  JOHN ALTOBELLI and KERI ALTOBELLI

26

27

28

1    **PLEASE TAKE NOTICE** that Plaintiffs John James Altobelli, individually

2  and as Successor in Interest to Alyssa Altobelli and John Altobelli; and

3  Alexis Altobelli, individually and as Successor in Interest to Alyssa Altobelli,

4  John Altobelli and Keri Altobelli (together, "Plaintiffs") and Defendants

5  Los Angeles County Sheriff's Department, County of Los Angeles and Los Angeles

6  County Fire Department (collectively, "Defendants") have agreed to settle all claims

7  in the above-entitled action.

8    The parties are finalizing the settlement agreement and seeking the required

9  approvals from Defendants.

10

11  DATED:  October 12, 2021    OFFICE OF COUNTY COUNSEL

12

13

14    By:  /s/ Jonathan C. McCaverty
                    JONATHAN C. McCAVERTY
15                  Attorneys for Defendant
                    LOS ANGELES COUNTY SHERIFF'S
16                  DEPARTMENT

17

18  DATED:  October 12, 2021    MILLER BARONDESS, LLP

19

20

21    By:  /s/ Jason H. Tokoro
                    JASON H. TOKORO
22                  Attorneys for Defendants
                    COUNTY OF LOS ANGELES and
23                  LOS ANGELES COUNTY FIRE
                    DEPARTMENT
24

25

26

27

28

1   DATED:  October 12, 2021          PANISH SHEA & BOYLE LLP

2

3

4                                                 By:   /s/ Kevin R. Boyle
                                                        KEVIN R. BOYLE
5                                                       Attorneys for Plaintiffs
                                                        JOHN JAMES ALTOBELLI, an
6                                                       individual and as Successor in Interest to
                                                        ALYSSA ALTOBELLI and JOHN
7                                                       ALTOBELLI; and ALEXIS
                                                        ALTOBELLI, an individual and as
8                                                       Successor in Interest to ALYSSA
                                                        ALTOBELLI, JOHN ALTOBELLI and
9                                                       KERI ALTOBELLI
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

 At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

 On October 12, 2021, I served true copies of the following document(s) described as:

**JOINT NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

 **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 Executed on October 12, 2021, at Los Angeles, California.

Angelica R. Ransom

538234.2

Case No. 2:21-cv-04663-JFW-E

1
2

**SERVICE LIST**
*Bryant v. County of Los Angeles, et al.* **and related cases**

3   Luis Li                                            *Attorneys for Plaintiff*
4   Justin P. Raphael                                  *VANESSA BRYANT*
    Craig Jennings Lavoie
5   Mari T. Saigal                                     Tel.:   (213) 683-9100
6   Jennifer L. Bryant                                 Fax:   (213) 687-3702
    Brandon E. Martinez                                Email:  luis.li@mto.com;
7   MUNGER, TOLLES & OLSON LLP                         justin.raphael@mto.com;
8   350 South Grand Avenue                             craig.lavoie@mto.com;
    50th Floor                                         jennifer.bryant@mto.com;
9   Los Angeles, CA 90071-3426                         mari.saigal@mto.com;
10                                                     brandon.martinez@mto.com;
                                                       denise.olguin@mto.com
11
12  Jonathan C. McCaverty                              *Attorneys for Defendant*
    Principal Deputy County Counsel                    *LOS ANGELES COUNTY SHERIFF'S*
13  OFFICE OF COUNTY COUNSEL                           *DEPARTMENT*
    General Litigation Division
14  500 West Temple Street, Suite 468                  Tel.:   (213) 974-1828
15  Los Angeles, CA 90012                              Fax:   (213) 626-7446
                                                       Email:
16                                                     jmccaverty@counsel.lacounty.gov;
17                                                     eliao@counsel.lacounty.gov

18
19
20
21
22
23
24
25
26
27
28

538234.2                                                          Case No. 2:21-cv-04663-JFW-E

JOINT NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Brian J. Panish | *Attorneys for Plaintiffs MATTHEW* |
| 2 | Kevin R. Boyle | *MAUSER, an individual and as* |
| | Spencer R. Lucas | *Successor in Interest to CHRISTINA* |
| 3 | Marguerite S. Sanvictores | *MAUSER; P.M., a minor, by and through* |
| 4 | Karen Bennett (Staff) | *her Guardian MATTHEW MAUSER;* |
| | Maria Alegria (Staff) | *T.M., a minor, by and through his* |
| 5 | PANISH SHEA & BOYLE LLP | *Guardian MATTHEW MAUSER; and* |
| 6 | 11111 Santa Monica Boulevard | *I.M., a minor, by and through her* |
| | Suite 700 | *Guardian MATTHEW MAUSER* |
| 7 | Los Angeles, CA 90025 | |

*And for Plaintiffs JOHN JAMES ALTOBELLI, an individual and as Successor in Interest to ALYSSA ALTOBELLI and JOHN ALTOBELLI; and ALEXIS ALTOBELLI, an individual and as Successor in Interest to ALYSSA ALTOBELLI, JOHN ALTOBELLI and KERI ALTOBELLI*

Tel.:  (310) 477-1700
Fax:  (310) 477-1699
Email:  panish@psblaw.com; boyle@psblaw.com; lucas@psblaw.com; sanvictores@psblaw.com; bennett@psblaw.com; alegria@psblaw.com

Jerome M. Jackson
JEROME M JACKSON LAW OFFICES
880 Apollo Street
Suite 238
El Segundo, CA 90245

*Attorneys for Plaintiffs CHRISTOPHER L. CHESTER; R.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER; and H.C., a minor, by and through his Guardian Ad Litem, CHRISTOPHER L. CHESTER*

Tel.:  (310) 726-4199
Fax:  (310) 414-0486
Email:  jmjlaw@aol.com

538234.2

Case No. 2:21-cv-04663-JFW-E

JOINT NOTICE OF SETTLEMENT